IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: THE NOVEL CORONAVIRUS (COVID-19)                        3:20-MC-9

GENERAL ORDER

On March 13, 2020, the United States District Court for the Northern District of Mississippi entered a Standing Order addressing the Coronavirus pandemic. Since then, the pandemic has grown exponentially in the United States and this district. In response to the pandemic, the President first declared a national emergency and then, on March 27, 2020, signed the Coronavirus Aid, Relief, and Economic Security (CARES) Act. The Judicial Conference of the United States has determined that these emergency conditions have affected, and will continue to materially affect, the functioning of the federal courts generally. Due to the ongoing pandemic, certain defendants under the jurisdiction of this Court are seeking compassionate release.

To efficiently process motions and petitions raising potential claims for relief under Section 603 of the 2018 First Step Act, the Office of the Federal Public Defender for the Northern District of Mississippi is hereby appointed to represent any defendant previously determined to have been entitled to appointment of counsel and any defendant who is now indigent, who either contacts the Office of the Federal Public Defender or files a *pro se* motion in this district. If the Office of the Federal Public Defender identifies a prohibitive conflict that would prevent representation of a client, or other good cause supports appointment of outside counsel, the Office of the Federal Public Defender shall inform the judge and request appointment of counsel from the Criminal Justice Act panel.

Upon appointment of counsel as provided by this Order, the United States Probation Office and the United States District Court Clerk's Office for the Northern District of Mississippi are authorized to disclose Presentence Investigation Reports, Statements of Reasons, and Judgments to the Office of the Federal Public Defender for the purpose of determining eligibility for

compassionate release. Should the Federal Public Defender determine that an individual is eligible for compassionate release, they are authorized to present, on that individual's behalf, any petitions, motions, or applications relating thereto to the Court for disposition.

To enable the Office of the Federal Public Defender to determine eligibility and prepare any required filing on behalf of an individual, the Court directs the United States Department of Justice to facilitate the process for the Office of the Federal Public Defender to obtain the most recent and relevant documents, including, but not limited to: the defendant's progress report, sentence computation form, financial responsibility form, inmate education data, disciplinary data, inmate profile, medical records, and the Bureau of Prison's recommendation for release, if any. To the extent necessary, the Office of the Federal Public Defender will assist such a defendant in executing a release form authorizing the Bureau of Prisons to disclose institutional records.

SO ORDERED, this the 16th day of April 2020.

/s/ Sharion Aycock
CHIEF UNITED STATES DISTRICT JUDGE