IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: THE NOVEL CORONAVIRUS (COVID-19)        3:20-MC-9

ADDENDUM TO GENERAL ORDER

On March 13, 2020, the United States District Court for the Northern District of Mississippi entered a Standing Order addressing the Coronavirus pandemic. The President declared a national emergency and on March 27, 2020, signed the Coronavirus Aid, Relief, and Economic Security (CARES) Act. Due to the ongoing pandemic, certain defendants under the jurisdiction of this Court are seeking compassionate release.

To efficiently process motions and petitions raising potential claims for relief under Section 603 of the 2018 First Step Act, this Court entered a General Order [4] on April 16, 2020 appointing the Office of the Federal Public Defender for the Northern District of Mississippi to represent any defendant previously determined to have been entitled to appointment of counsel and any defendant who is now indigent, who either contacts the Office of the Federal Public Defender or files a *pro se* motion for compassionate relief under Section 603.

It has now come to the attention of the Court, that these Motions, and the required responses and replies, necessarily contain sensitive personal information, including personal medical information. To protect this personal information, the Court authorizes and directs the Clerk of Court to file these motions, and associated pleadings, as restricted to the case participants only unless directed otherwise by the presiding judge.

It is SO ORDERED, on this the 22nd day of April 2020.

                                          /s/ Sharion Aycock
                                         CHIEF UNITED STATES DISTRICT JUDGE